HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL PARK EAST CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio company,<br><br>　　　　　Defendant. | NO. 2:18-cv-00933-MJP<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S TIME TO ANSWER THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Central Park East Condominium Association and Defendant Nationwide Mutual Insurance Company, and subject to the Court's approval, that Defendant Nationwide Mutual Insurance Company shall have until July 23, 2018 to answer Plaintiff's Complaint.

DATED this 29th day of June, 2018.

| STEIN SUDWEEKS & HOUSER, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By ___s/Daniel S. Houser___<br>　Daniel S. Houser, WSBA #32327<br>　Jessica Burns, WSBA #49852<br>　Stein, Sudweeks & Houser, PLLC<br>　2701 First Avenue, Suite 430<br>　Seattle, Washington 98121<br>　Tel: 206.388.0660<br>　Fax: 206.286.2660 | By ___s/Daniel F. Shickich___<br>　Geoff Bridgman, WSBA #25242<br>　Daniel F. Shickich, WSBA #46479<br>　901 Fifth Avenue, Suite 3500<br>　Seattle, Washington 98164<br>　Tel: 206.447.7000<br>　Fax: 206.447.0215 |

| | |
|---|---|
| dhouser@condodefects.com<br>jessica@condodefects.com<br>Attorneys for Plaintiff | gbridgman@omwlaw.com<br>dshickich@omwlaw.com<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Nationwide Mutual Insurance Company to answer Plaintiff's Complaint is extended to July 23, 2018.

DATED this 2nd day of July, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge