HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL PARK EAST CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio company,<br><br>            Defendant. | NO. 2:18-cv-00933-MJP<br><br>SECOND STIPULATION AND ORDER EXTENDING DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S TIME TO ANSWER THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Central Park East Condominium Association and Defendant Nationwide Mutual Insurance Company, and subject to the Court's approval, that Defendant Nationwide Mutual Insurance Company shall have until July 30, 2018 to answer Plaintiff's Complaint.

DATED this 20th day of July, 2018.

| STEIN SUDWEEKS & HOUSER, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By   s/Daniel S. Houser<br>    Daniel S. Houser, WSBA #32327<br>    Jessica Burns, WSBA #49852<br>    Stein, Sudweeks & Houser, PLLC<br>    2701 First Avenue, Suite 430<br>    Seattle, Washington 98121<br>    Tel: 206.388.0660<br>    Fax: 206.286.2660 | By  s/Daniel F. Shickich<br>    Geoff Bridgman, WSBA #25242<br>    Daniel F. Shickich, WSBA #46479<br>    901 Fifth Avenue, Suite 3500<br>    Seattle, Washington 98164<br>    Tel: 206.447.7000<br>    Fax: 206.447.0215 |

| | |
|---|---|
| dhouser@condodefects.com<br>jessica@condodefects.com<br>Attorneys for Plaintiff | gbridgman@omwlaw.com<br>dshickich@omwlaw.com<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Nationwide Mutual Insurance Company to answer Plaintiff's Complaint is extended to July 30, 2018.

DATED this 20th day of July, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States District Judge

# **CERTIFICATE OF SERVICE**

I certify under the laws of the United States of America that on the 20th day of July, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| Daniel S. Houser, WSBA #32327<br>Jessica Burns, WSBA #49852<br>Stein, Sudweeks & Houser, PLLC<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>dhouser@condodefects.com<br>jessica@condodefects.com<br>Telephone: 206.388.0660<br>Fax: 206.286.2660<br>Attorneys for Plaintiff | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ X ] CM/ECF |

DATED this 20th day of July, 2018.

                                           s/ Daniel Shickich, WSBA #46479
                                           Daniel Shickich