UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTRAL PARK EAST CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C18-933-MJP<br><br>ORDER CLARIFYING ORDER OF DISMISSAL |

THIS MATTER comes before the Court on Defendant's Motion for Clarification or Reconsideration (Dkt. No. 34) of the Court's February 28, 2019 Dismissal Order (Dkt. No. 33). The Court hereby clarifies its dismissal as follows: Pursuant to Defendant and Third Party Plaintiff Nationwide Mutual Insurance Company's Notice of Voluntary Dismissal (Dkt. No. 31), all claims against Third Party Defendants State Farm Fire & Casualty Company, QBE Insurance Corporation, Travelers Indemnity Company, and Westport Insurance Corporate are dismissed *without prejudice*. Pursuant to the Notice of Settlement (Dkt. No. 32), all claims asserted by

Plaintiff Central Park East Condominium Association against Defendant Nationwide Mutual Insurance Company are dismissed *with prejudice* and without costs to any party.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 6, 2019.

Marsha J. Pechman
United States District Judge